## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 16-cv-61877-CIV-WILLIAMS

STEVE BAPTISTE,

     Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

     Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on the Parties' Response to the Order to Show Cause (DE 13), in which the Parties explain that they have been diligently working toward settlement and inadvertently missed the Court's October 31, 2016 deadline for filing their joint stipulation of dismissal.  In light of the prompt response by the Parties, the Court finds that the Parties have demonstrated good cause.  The Court will give the Parties until **November 14, 2016 at 5:00 p.m.** to finalize their settlement and file their joint stipulation of dismissal.  Moreover, as stated in the Court's previous order, the Parties are reminded that if they wish for the Court to retain jurisdiction, they must submit the settlement agreement for review and any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

     **DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of November, 2016.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE